AMENDED REPORT

| AO-10 (WP) Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) OWEN, Richard | 2. Court or Organization U.S. District Court Southern District of New York | 3. Date of Report 5/15/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ____ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/07 - 12/31/07 |

| 7. Chambers or Office Address U.S. District Court 500 Pearl Street, Rm. 2240 New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Manhattan School of Music |
| 2. President and Board Member | NY Lyric Opera Co. |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

[X] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2008 SEP -5 A 10: 47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. 2007 | Music Royalties-Amer. Society of Composers, Authors and Publishers (ASCAP) | $ 253 |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2007 | Opera and concert singer; faculty member-Manhattan School of Music; Assist. Professor Barnard/Columbia, in voice | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[X] **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALCATEL - LUCENT ADR | | NONE | J | T | | | | | |
| 2. ANHEUSER BUSCH COS | A | DIV | J | T | | | | | |
| 3. CONSOLIDATED EDISON | A | DIV | J | T | | | | | |
| 4. DOW CHEMICAL | A | DIV | J | T | | | | | |
| 5. FIFTH THIRD BANCORP | A | DIV | J | T | | | | | |
| 6. HANES BRANDS | | NONE | J | T | | | | | |
| 7. H J HEINZ CO | A | DIV | J | T | | | | | |
| 8. HERSHEY CO | A | DIV | J | T | BUY | 10/18 | J | | |
| 9. HOME DEPOT | A | DIV | J | T | BUY | 10/12 | J | | |
| 10. INTEL | A | DIV | J | T | | | | | |
| 11. JOHNSON & JOHNSON | A | DIV | J | T | BUY | 3/14 | J | | |
| 12. KIMBERLEY CLARK | A | DIV | J | T | | | | | |
| 13. LSI CORP | | NONE | J | T | MERGER | 4/3 | J | | SPNOFF/MERGER |
| 14. AGERE SYSTEMS | | | | | MERGER | 4/2 | J | A | |
| 15. MARSH & McLENNAN | A | DIV | J | T | BUY | 10/18 | J | | |
| 16. MOTOROLA INC | A | DIV | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NEW YORK TIMES Cl A | A | DIV | J | T | BUY | 3-14 | J | | |
| 19. " | | | | | BUY | 3-21 | J | | |
| 20. " | | | | | BUY | 9-25 | J | | |
| 21. PROCTOR & GAMBLE | A | DIV | J | T | | | | | |
| 22. QUALMAX | | NONE | J | T | | | | | |
| 23. SARA LEE | A | DIV | J | T | | | | | |
| 24. US BANCORP | A | DIV | J | T | BUY | 10/18 | J | | |
| 25. WILMINGTON TRUST | A | DIV | J | T | BUY | 3/14 | J | | |
| 26. " | | | | | BUY | 7/19 | J | | |
| 27. FHLB 5.015% 10/8/08 | A | INT | J | T | | | | | |
| 28. FHLB 6.50% 1-13-09 | B | INT | K | T | | | | | |
| 29. NY ST TWY AUth 9.6% 4-1-09 | A | INT | K | T | | | | | |
| 30. NYC G/O 5.25% 8-1-09 | A | INT | J | T | | | | | |
| 31. CORNING NY SCH 4% 1-15-11 | A | INT | K | T | | | | | |
| 32. NYC MWTR FA 4.75% 6-15-12 | B | INT | K | T | | | | | |
| 33. HILTON CSD NY 3.75% 6-15-13 | A | INT | K | T | | | | | |
| 34. W BABYLON UFSC NY 4% 7-15-14 | A | INT | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SOUTHERN | A | DIV | J | T | | | | | |
| 36. INTER PUBLIC | A | DIV | J | T | | | | | |
| 37. PennWest PET | B | DIV | J | T | | | | | |
| 38. UNICOM | A | DIV | J | T | | | | | |
| 39. SBC COMMUNICATION | A | DIV | J | T | | | | | |
| 40. UNITED TECHNOLOGIES | A | DIV | J | T | | | | | |
| 41. AMERICAN ELECTRIC POWER | B | DIV | K | T | | | | | |
| 42. AMERITECH | A | DIV | J | T | | | | | |
| 43. BELL SOUTH | A | DIV | J | T | | | | | |
| 44. GLOBAL CROSSING | | NONE | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ALCATEL LUCENT ADR | A | DIV | J | T | | | | | |
| 53. ANHEUSER BUSCH COs | A | DIV | J | T | | | | | |
| 54. CONSOLIDATED EDISON | A | DIV | J | T | | | | | |
| 55. DOW CHEMICAL | A | DIV | J | T | | | | | |
| 56. FIFTH THIRD BANCORP | A | DIV | J | T | | | | | |
| 57. HANESBRANDS INC | | NONE | J | T | | | | | |
| 58. HERSHEY CO | A | DIV | J | T | Buy | 10/19 | J | | |
| 59. HOME DEPOT | A | DIV | J | T | | | | | |
| 60. INTEL | A | DIV | J | T | | | | | |
| 61. JOHNSON & JOHNSON | A | DIV | J | T | Buy | 3/15 | J | | |
| 62. LSI CORP | | NONE | J | T | MERGER | 4-3 | J | | SPINOFF |
| 63. AGERE SYS INC. | | | | | MERGER | 4-2 | J | A | |
| 64. MARSH McLENNAN COS | A | DIV | J | T | Buy | 10/19 | J | | |
| 65. ʺ | | | | | Buy | 10/22 | J | | |
| 66. MOTOROLA | A | DIV | J | T | | | | | |
| 67. NEW YORK TIMES CL | A | DIV | J | T | Buy | 3/16 | J | | |
| 68. ʺ | | | | | Buy | 9/27 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SARA LEE CORP | A | DIV | J | T | | | | | |
| 70. US BANCORP | A | DIV | J | T | Buy | 10/19 | J | | |
| 71. WILMINGTON TRUST | A | DIV | J | T | Buy | 4-11 | J | | |
| 72. " | | | | | Buy | 7-24 | J | | |
| 73. CIT GROUP 10-30-07 | A | INT | | | MATURE | 11-30 | J | A None | |
| 74. STRIPTS-TWTS TREAS 8-15-08 | A | INT | K | T | | | | | |
| 75. FHLB 5.05% 10-8-08 | A | INT | J | T | | | | | |
| 76. S HUNTNGTON UFSD 3.625% 5-15-11 | A | INT | J | T | | | | | |
| 77. NY ST TWY AUTH 3.75% 4-1-12 | A | INT | J | T | | | | | |
| 78. RYE BROOK NY 3.375 4-15-B | A | INT | J | T | | | | | |
| 79. Suffolk CTY NY 3.625 12-1-M | A | INT | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## IX. CERTIFICATION.



I certify that all information given above (including information pertaining to my spouse and mi nor children) ..... accurate, true, and complete to the best of my knowledge and belief, and that any information not re ..... withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| OWEN, Richard | U.S. District Court Southern District of New York | 5/15/08 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> Senior U.S. District Judge | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial ___ X Annual ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 1/1/07 - 12/31/07 |
|---|---|---|

| 7. Chambers or Office Address <br> U.S. District Court <br> 500 Pearl Street, Rm. 2240 <br> New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[ ] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Manhattan School of Music |
| 2. President and Board Member | NY Lyric Opera Co. |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

2008 MAY 20 A 9: 24
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[ ] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. R. Owen | Music Royalties-Amer. Society of Composers, Authors and Publishers (ASCAP) | $ 253 |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. Spouse | Opera and concert singer; faculty member-Manhattan School of Music; Assist. Professor Barnard/Columbia, in voice | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALCATEL - LUCENT ADR | | NONE | J | T | | | | | |
| 2. ANHEUSER BUSCH COS | A | DIV | J | T | | | | | |
| 3. CONSOLIDATED EDISON | A | DIV | J | T | | | | | |
| 4. DOW CHEMICAL | A | DIV | J | T | | | | | |
| 5. FIFTH THIRD BANCORP | A | DIV | J | T | | | | | |
| 6. HANESBRANDS | | NONE | J | T | | | | | |
| 7. H J HEINZ CO | A | DIV | J | T | | | | | |
| 8. HERSHEY CO | A | DIV | J | T | BUY | 10/18 | J | | |
| 9. HOME DEPOT | A | DIV | J | T | BUY | 10/12 | J | | |
| 10. INTEL | A | DIV | J | T | | | | | |
| 11. JOHNSON & JOHNSON | A | DIV | J | T | BUY | 3/14 | J | | |
| 12. KIMBERLEY CLARK | A | DIV | J | T | | | | | |
| 13. LSI CORP | | NONE | J | T | MERGER | 4/3 | J | | SPINOFF/MERGER |
| 14. AGERE SYSTEMS | | | | | MERGER | 4/2 | J | A | |
| 15. MARSH & McLENNAN | A | DIV | J | T | BUY | 10/18 | J | | |
| 16. MOTOROLA INC | A | DIV | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK TIMES CL A | A | DIV | J | T | Buy | 3-14 | J | | |
| 19. " | | | | | Buy | 3-21 | J | | |
| 20. " | | | | | Buy | 9-25 | J | | |
| 21. PROCTOR & GAMBLE | A | DIV | J | T | | | | | |
| 22. QUALMAX | | NONE | J | T | | | | | |
| 23. SARA LEE | A | DIV | J | T | | | | | |
| 24. US BANCORP | A | DIV | J | T | Buy | 10/18 | J | | |
| 25. WILMINGTON TRUST | A | DIV | J | T | Buy | 3/14 | J | | |
| 26. " | | | | | Buy | 7/19 | J | | |
| 27. FHLB 5.015% 10/8/08 | A | INT | J | T | | | | | |
| 28. FHLB 6.50% 1-13-09 | B | INT | K | T | | | | | |
| 29. NY ST TWY AUA 9.6% 4-1-09 | A | INT | K | T | | | | | |
| 30. NYC G/O 5.25% 01-09 | A | INT | J | T | | | | | |
| 31. CORNING NY SCH 4% 1-15-11 | A | INT | K | T | | | | | |
| 32. NYC MWTR FA 4.75% 6-15-12 | B | INT | K | T | | | | | |
| 33. HILTON CSD NY 3.75% 6-15-13 | A | INT | K | T | | | | | |
| 34. W BABYLON UFSC NY 4% 7-15-14 | A | INT | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SOUTHERN | A | DIV | J | T | | | | | |
| 36. INTER PUBLIC | A | DIV | J | T | | | | | |
| 37. PennWest PET | B | DIV | J | T | | | | | |
| 38. UNICOM | A | DIV | J | T | | | | | |
| 39. SBC COMMUNICATION | A | DIV | J | T | | | | | |
| 40. UNITED TECHNOLOGIES | A | DIV | J | T | | | | | |
| 41. AMERICAN ELECTRIC POWER B | | DIV | K | T | | | | | |
| 42. AMERITECH | A | DIV | J | T | | | | | |
| 43. BELL SOUTH | A | DIV | J | T | | | | | |
| 44. GLOBAL CROSSING | | NONE | J | J | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ALCATEL LUCENT ADR | A | DIV | J | T | | | | | |
| 53. ANHEUSER BUSCH COs | A | DIV | J | T | | | | | |
| 54. CONSOLIDATED EDISON | A | DIV | J | T | | | | | |
| 55. DOW CHEMICAL | A | DIV | J | T | | | | | |
| 56. FIFTH THIRD BANCORP | A | DIV | J | T | | | | | |
| 57. HANESBRANDS INC | | NONE | J | T | | | | | |
| 58. HERSHEY CO | A | DIV | J | T | Buy | 10/19 | J | | |
| 59. HOME DEPOT | A | DIV | J | T | | | | | |
| 60. INTEL | A | DIV | J | T | | | | | |
| 61. JOHNSON & JOHNSON | A | DIV | J | T | Buy | 3/15 | J | | |
| 62. LSI CORP | | NONE | J | T | MERGER | 4-3 | J | | SPINOFF |
| 63. AGERE SYS INC. | | | | | MERGER | 4-2 | J | A | |
| 64. MARSH McLENNAN COS | A | DIV | J | T | Buy | 10/19 | J | | |
| 65. " | | | | | Buy | 10/22 | J | | |
| 66. MOTOROLA | A | DIV | J | T | | | | | |
| 67. NEW YORK TIMES CL | A | DIV | J | T | Buy | 3/16 | J | | |
| 68. " | | | | | Buy | 9/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/15/08 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SARA LEE CORP | A | DIV | J | T | | | | | |
| 70. US BANCORP | A | DIV | J | T | Buy | 10/19 | J | | |
| 71. WILMINGTON TRUST | A | DIV | J | T | Buy | 4-11 | J | | |
| 72. " | | | | | Buy | 7-24 | J | | |
| 73. CIT GROUP 10-30-07 | A | INT | | | MATURE | 11-30 | J | A None |
| 74. STRIPTS-TWTS TREAS 8-15-08 | A | INT | K | T | | | | | |
| 75. FHLB 5.05% 10-8-08 | A | INT | J | T | | | | | |
| 76. S HUNTWGYON UFSD 3.625% 5-1-11 | A | INT | J | T | | | | | |
| 77. NY ST TWY AUTH 3.75% 4-1-12 | A | INT | J | T | | | | | |
| 78. RYEBROOK NY 337 445-B | A | INT | J | T | | | | | |
| 79. SUFFOLK CTY NY 3.625 12-1-14 | A | INT | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544